# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 19, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144603

ANDREW LUCIO,
        Plaintiff,

v

GREAT LAKES CASUALTY INSURANCE
COMPANY,
        Defendant/Cross-Plaintiff-Appellee,
and

AUTO CLUB INSURANCE ASSOCIATION,
a/k/a AAA,
        Defendant/Cross-Defendant-
        Appellant.

SC: 144603
COA: 299786
Wayne CC: 09-003014-NI

_____/

      On order of the Court, the application for leave to appeal the December 29, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 19, 2012

_____
Clerk

t0912